IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HORACE CLAIBORNE, SONJIA MONIQUE BOWLIN, TYSHAWN WALKER, WILLIE SEALS, FREDERICK EPPICH, JEROME SCHOOLFIELD, KRISTINA TRAVIS, JEREMY WINKELS, DANIEL FORRESTER, MARK DAVID GRIFFETH, DOUGLAS RUSSELL, KENNETH BURTON, GERALD GENSOLI, and THOMAS DEPPIESSE, on behalf of themselves and others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:18-cv-01698-RJC |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| FEDEX GROUND PACKAGE SYSTEMS, INC., | ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER OF COURT

AND NOW, this 24th day of October, 2022, upon consideration of "FedEx Ground's Bill of Attorneys' Fees and Costs regarding Strege Sanctions Briefing" (ECF No. 433) and Plaintiffs' Response in Opposition (435), FedEx's request is granted and Plaintiffs' counsel are hereby ORDERED to issue payment to FedEx in the amount of $23,030.75 within 21 days of the date of this order.

By way of brief explanation, this Court granted in part FedEx's Motion for Sanctions (ECF No. 400), specifically to the extent that the Motion sought monetary sanctions against Plaintiffs' counsel associated with the preparation of the Motion for Sanctions. *See* ECF No. 432. In its Memorandum Opinion (ECF No. 431), the Court explained:

1

> The Court will not award sanctions in the form of all costs associated with discovery as to Strege, as FedEx requests, but rather will award fees and costs associated only with the preparation of the Motion for Sanctions. FedEx will be directed to confer with Plaintiffs' counsel regarding FedEx's reasonable costs and fees associated with the filing of the Motion for Sanctions. If the parties are unable to reach agreement on the amount of costs and fees, FedEx may file, within 14 days of the Court's Order, its bill of purported reasonable costs and fees. Plaintiffs may then submit an appropriate response within 10 days.

Mem. Op. 12, ECF No. 431. Plaintiffs argue, effectively though ultimately in vain, that this Court's Memorandum Opinion and Order explicitly spoke only to the "preparation of" and "filing of" the Motion for Sanctions, and that the Court may have intended to award only "fees incurred by FedEx in the opening motion papers and excluding any fees subsequently incurred by FedEx in reviewing Plaintiffs' opposition to the motion and preparing reply papers." Resp. 6, ECF No. 435.

While the Court agrees that it could have been clearer in stating that it intended to award costs and fees associated with all of FedEx's briefing of the Motion for Sanctions (and, to be clear, that was the Court's intention), the Court also notes that Plaintiffs' Response candidly acknowledged that it was at least on notice that the same might be the case. *See* Resp. 7, ECF No. 435 ("Assuming, Arguendo, that the Court Intended to Award FedEx Fees Incurred After May 27, 2022, [the date the Motion for Sanctions was filed,] the Requested $23,030.75 Fee Should Be Honored.") Plaintiffs further provide that, "[i]f the Court actually intended to extend the monetary sanction to work performed by FedEx counsel after the May 27, 2022 filing of the Motion for Sanctions, then Plaintiffs' Counsel will pay $23,030.75 in order to save everyone – including the Court – valuable time." *Id.* at 8. The Court appreciates and acknowledges Plaintiffs' counsel's candor, as well as their concession that FedEx's bill utilizes reasonable hourly rates. The Court has also explained that it intended, and intends, to award sanctions for work performed after May 27, 2022. Given the same, the Court has granted FedEx's requested relief.

Having said the same, the Court considers this issue to be closed, and has no intention of considering any additional sanction related to the meet and confer process or the failure to reach agreement on a reasonable fee before the filing of the Response. The Court's Order anticipated a potential dispute amongst the parties, and it is not uncommon for disputes about reasonable fees to develop. It is in the interest of all parties that they continue to move forward toward the completion of discovery in this matter.

BY THE COURT:

s/*Robert J. Colville*
Robert J. Colville
United States District Judge

cc/ecf: All counsel of record